No. 252. GLOVER *v.* SIMPSON, WARDEN. Jurisdictional statement distributed September 10, 1936. Decided October 12, 1936. *Per Curiam:* The motion of the appellee to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a substantial federal question. *Moore* v. *Missouri*, 159 U. S. 673; *McDonald* v. *Massachusetts*, 180 U. S. 311; *Graham* v. *West Virginia*, 224 U. S. 616; *Levell* v. *Simpson*, 297 U. S. 695. Mr. Harold E. Neibling for appellant. Mr. John G. Egan for appellee.

No. 265. LINDWAY *v.* OHIO.

Jurisdictional statement distributed September 10, 1936. Decided October 12, 1936. *Per Curiam:* The motion of the appellee to dismiss the appeal is granted and the appeal is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code,. as amended by the Act of February 13, 1925 (43 Stat. 936, 937). The petition for writ of certiorari is denied. Mr. Morris H. Wolf for appellant. Mr. Frederick W. Green for appellee.